## Commonwealth *v.* Duff, Appellant.

Submitted December 9, 1968. *David N. Brook*, Assistant Public Defender, for appellant; *Henry T. Crocker, Richard A. Devlin* and *William T. Nicholas*, Assistant District Attorneys, *Parker H. Wilson*, First Assistant District Attorney, and *Milton O. Moss*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Esser, Appellant.

Submitted December 13, 1968. *John D. DiGiacomo*, for appellant; *Louis S. Minotti, Jr.*, Assistant District Attorney, and *Charles H. Spaziani*, District Attorney, for Commonwealth, appellee.

Order affirmed.